NO. 07-00-324-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 12, 2000

______________________________

ANN W. CARR,

Appellant

V.

MICHAEL MOSES, COMMISSIONER OF EDUCATION 

AND PETERSBURG INDEPENDENT SCHOOL DISTRICT, 

Appellee

_________________________________

FROM THE 64
TH
 DISTRICT COURT OF HALE COUNTY;

NO. A30308-9904; HON. JACK R. MILLER, PRESIDING

_______________________________

Before BOYD, C.J., and QUINN and REAVIS, JJ.

Pending before this Court is appellant’s Agreed Motion for Dismissal requesting that the appeal be dismissed.  All prerequisites to the voluntary dismissal of a civil case having been met, we therefore dismiss the appeal pursuant to Texas Rule of Civil Procedure 42.1(2).  Having dismissed the appeal at the request of appellant, no motion for rehearing will be entertained by this Court and our mandate shall issue forthwith.

Per Curiam

Do not publish.